▪ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYSHELL WILLIAMS, Appellant. [50 NYS3d 362]—

Judgment, Supreme Court, Bronx County (Eugene Oliver, J.), rendered September 30, 2015, convicting defendant, after a jury trial, of criminal possession of a weapon in the second degree, and sentencing her to a term of five years, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility. The evidence established that defendant furnished a weapon to the codefendant, who fired it at the victims.

The court providently exercised its discretion in permitting the People to introduce a diagram for the purpose of aiding the jury in understanding the complex relationship among various persons involved in the incident (*see People v Del Vermo*, 192 NY 470, 482 [1908]; *People v Shields*, 100 AD3d 549, 550-551 [1st Dept 2012]), and in admitting evidence of a prior altercation that provided relevant background to the charged crime (*see People v Dorm*, 12 NY3d 16, 19 [2009]).

The court did not err in giving the jury a lunch recess during the prosecutor's summation, which had followed summations by the attorneys for defendant and the codefendant. Such scheduling matters are addressed to the court's sound discretion (*see People v Spears*, 64 NY2d 698, 699-700 [1984]), and defendant has not shown any resulting prejudice. Concur—Richter, J.P., Mazzarelli, Kahn and Gesmer, JJ.